AEE

FILED

**JANUARY 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **08 C 237** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FUNDS IN THE AMOUNT | ) | **JUDGE DARRAH** |
| OF $101,999.78 SEIZED FROM | ) | **MAGISTRATE JUDGE COX** |
| SMITH BARNEY ACCOUNT | ) | |
| NUMBER xxx-xxxxx-x-2-121; and | ) | |
| | ) | |
| FUNDS IN THE AMOUNT | ) | |
| OF $140,430.22  SEIZED FROM | ) | |
| SMITH BARNEY ACCOUNT | ) | |
| NUMBER xxx-xxxxx-x-3-121 | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

**VERIFIED COMPLAINT FOR FORFEITURE**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States

Attorney for the Northern District of Illinois, for its verified complaint against the above-named

defendant property alleges in accordance with Supplemental Rule G(2) of the Federal Rules of Civil

Procedure as follows:

1.      This complaint for forfeiture is verified by the attached affidavit of Task Force Agent

Jeffrey A. Markvart of the Internal Revenue Service ("IRS"), which is fully incorporated herein.

**Jurisdiction and Venue**

2.      This is an *in rem* forfeiture action brought pursuant to Title 31, United States Code,

Section 5317(c)(2), for forfeiture of funds in the amount of $101,999.78 seized from Smith Barney

account number xxx-xxxxx-x-2-121, and funds in the amount of $140,430.22 seized from Smith

Barney account number xxx-xxxxx-x-3-121 as funds involved in violations of Title 31, United

States Code, Sections 5313 and 5324.  This court has jurisdiction over this action pursuant to Title

28, United States Code, Sections 1345 and 1355.

3.      This court has *in rem* jurisdiction over the defendant property pursuant to Title 28,

United States Code, Sections 1355(b)(1)(A) and (d), as certain of the acts giving rise to the forfeiture

occurred within the Northern District of Illinois.

4.      Venue is proper under 28 U.S.C. § 1395(b) because the defendant funds were found

and seized within the Northern District of Illinois and shall remain herein during the pendency of

this action.

**Specific Allegations**

5.      Federal law requires financial institutions to issue a Currency Transaction

Report for all cash transactions in excess of $10,000 by customers or clients (31 U.S.C.

§5313 -- the "CTR" requirement).  Under certain circumstances, failure to file such a report

is a violation of Federal criminal law.  As part of these reporting requirements, customers or

clients are not permitted to conduct or structure their transactions in any manner that is

designed to cause the financial institutions to fail to file a CTR (31 U.S.C. Section 5324).

6.      Structuring, as defined in 31 C.F.R. Section 103.11 (gg), provides, in part, that

"a person structures a transaction if that person, acting alone, or in conjunction with, or on

behalf of, other persons, conducts or attempts to conduct one or more transaction(s) in

currency, in any amount, at one or more financial institutions, on one or more days, in any

manner, for the purpose of evading the CTR reporting requirements.  In any manner includes,

but is not limited to, the breaking down of a single sum of currency exceeding $10,000 into

smaller sums, including sums at or below $10,000.  The transaction or transactions need not

exceed the $10,000 reporting threshold at any single financial institution on any singe day in order to constitute structuring.

7.      During the period of no later than approximately March 2, 2004, to the present, Pravinchandra Patel and Ushaben Patel ("the Patels"), believed to be husband and wife, have owned two motels.  Parusha Motel, d/b/a/ Hillside Manor Motel, is a one-story motel with approximately thirty-three rental units, costing $47.00 per night, located at 4740 Roosevelt Road, Hillside, Illinois. Pur Motel, d/b/a Karavan Motel is a two-story motel with approximately fifty-five rental units, costing $55.00 per night, and is located at 1620 South Cicero Ave, Cicero, Illinois.

8.      A review of bank records for the two businesses has shown that the Patels maintained multiple bank accounts in the names of the two motels, and made their cash deposits into these accounts as set forth below by depositing no greater than $8,000 on any given day and by alternating deposits among the multiple motel bank accounts in order to avoid reporting requirements, and then transferring the cash deposits by check to brokerage accounts.

9.      According to bank records, since approximately March 2, 2004 to the present, the Patels have maintained and been the signatories on a bank account at Fifth Third Bank ending in 0608 held in the name of Parusha Motel d/b/a Hillside Manor Motel ("the Fifth Third account").

10.      Morgan Stanley is an investment management company that offers mutual funds and other services to investors.  Beginning no later than March 2, 2004 and continuing until no later than November 30, 2005, the Patels maintained and were signatories on an account at Morgan Stanley ending in 7601 ("the Morgan Stanley account").

11.      Smith Barney is also an investment management company that offers mutual funds and other services to investors with offices in several states.  Beginning no later than June 2005 and continuing until no later than June 12, 2007, the Patels maintained and were signatories on two

accounts at Smith Barney, one with an account number ending in 2-121 ("the Smith Barney 2-121 account") and the second with an account number ending in 3-121("the Smith Barney 3-121 account").

12.    A review of deposit tickets pertaining to the Fifth Third account revealed that between March 2, 2004 and June 12, 2007, 148 cash deposits totaling $1,179,115.23 were made into the account.  Each of these deposits was under $10,000 and many occurred on successive days. Furthermore, within days after each of these cash deposits were made, the funds were transferred by check into the above referenced investment accounts at Morgan Stanley and Smith Barney.  A schedule of these deposits is attached as Exhibit A and hereby incorporated by reference. Approximately $1,197,000.00 was transferred out of the account by check as follows:  $447,000.00 was transferred from the Fifth Third account by check into the Morgan Stanley account during the period March 2, 2004 through November 30, 2005, when this account was closed, and $750,000.00 was transferred by check from the Fifth Third account to the Smith Barney 2-121 account between 2005 and June 12, 2007.

13.    According to bank records, since approximately March 2, 2004 to the present, the Patels have also maintained and been the signatories on two bank accounts at Mid America Bank, both in the name of Pur Motel Inc. d/b/a Karavan Motel, with account numbers ending in 4656 and 1413.

14.    A review of bank records revealed that during the period March 2, 2004 through February 27, 2007, 182 cash deposits totaling $1,457,840.00 were made into the Pur Motel accounts: $480,040.00 into the Mid America Bank account ending in 4656, and $977,800.00 into the Mid America Bank account ending in 1413.  Each of the deposits was under $10,000 and many occurred

on successive days. Shortly after the cash was deposited most of the funds were transferred by check to the Morgan Stanley account and to the Smith Barney 3-121 account.

15.     During the period in which the $1,457,840.00 in cash deposits were made, $1,404,000.00 was transferred into the two Smith Barney accounts. Funds in the amount of $622,000.00 were transferred to the Morgan Stanley Account between June 2005 and November 30, 2005, when the account was closed, and $812,000.00 was transferred to Smith Barney 3-121 account between June 2005 and February 27, 2007.

16.     In total, $2,636,955 in structured cash deposits were made into the Fifth Third account and the two Mid America accounts, and $2,601,000.00 of those funds were subsequently transferred to the Morgan Stanley account and the two Smith Barney accounts.

17.     On or about August 1, 2007 warrants were executed to seize the funds from the respective accounts, and on October 9, 2007, claims were filed by Parusha Motel Inc. d/b/a Hillside Manor; Ushaben Patel and Pravinchandra Patel. This complaint is filed pursuant to Title 18, United States Code, Section 983.

18.     For the reasons stated herein and in the attached affidavit, incorporated by reference herein, there is probable cause to believe that the funds in the amount of $101,999.78 seized from Smith Barney account number xxx-xxxxx-x-2-121 and funds in the amount of $140,430.22 seized from Smith Barney account number xxx-xxxxx-x-3-121 were involved in violations of 31 U.S.C. §§ 5313 and 5324, and are therefore subject to forfeiture and condemnation pursuant to 31 U.S.C. § 5317(c).

WHEREFORE, the United States of America requests:

A.      That the defendant funds be proceeded against for forfeiture and condemnation, that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed;

B.      That the court adjudge and decree that the defendant funds be forfeit to the United States and disposed of according to law; and

C.      The United States requests that any trial be before a jury.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By: s/Madeleine Murphy
    MADELEINE MURPHY
    Assistant United States Attorney
    219 South Dearborn Street, 5th Floor
    Chicago, Illinois 60604
    (312) 886-2070

**EXHIBIT A**

**Summary of Deposits**

FT = Fifth Third Bank account
MA 3 = Mid America Account ending in 3
MA 6 = Mid America Account ending in 6

| Bank | Date | Cash Deposit | Location | Check # | Amount | Transferred to Morgan Stanley or Smith Barney accounts |
|------|------|-------------|----------|---------|--------|--------------------------------------------------------|
| FT | 03/02/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 03/05/04 | | | 299 | $16,000.00 | Morgan Stanley |
| FT | 03/09/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 03/09/04 | $8,000.00 | Naperville, Il | | | |
| FT | 03/17/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 03/17/04 | $8,000.00 | Cicero, Il | | | |
| MA 3 | 03/18/04 | $8,000.00 | Naperville, Il | | | |
| FT | 03/23/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 03/23/04 | $8,000.00 | Naperville, Il | | | |
| FT | 03/24/04 | | | 107 | $22,000.00 | Morgan Stanley |
| MA 3 | 03/24/04 | | | 300 | $30,000.00 | |
| MA 3 | 03/27/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 03/30/04 | | | 301 | $9,000.00 | Morgan Stanley |
| MA 3 | 04/07/04 | $8,000.00 | Cicero, Il | | | |
| FT | 04/08/04 | $8,000.00 | Naperville, Il | | | |
| FT | 04/13/04 | | | 109 | $16,000.00 | Morgan Stanley |
| FT | 04/13/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 04/13/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 04/13/04 | | | 302 | $16,000.00 | Morgan Stanley |
| FT | 04/20/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 04/20/04 | $8,000.00 | Naperville, Il | | | |
| FT | 04/27/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 04/27/04 | $8,000.00 | Naperville, Il | | | |
| FT | 04/28/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 04/28/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 04/28/04 | | | 303 | $25,000.00 | Morgan Stanley |
| MA 3 | 05/04/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 05/06/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 05/11/04 | $8,000.00 | Naperville, Il | | | |
| FT | 05/13/04 | | | 112 | $16,000.00 | Morgan Stanley |
| MA 3 | 05/13/04 | | | 304 | $24,000.00 | Morgan Stanley |
| MA 3 | 05/21/04 | $8,000.00 | Naperville, Il | | | |
| A 3 | 05/22/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 05/25/04 | | | 305 | $16,000.00 | Morgan Stanley |
| FT | 06/04/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 06/05/04 | $8,000.00 | Naperville, Il | | | |
| FT | 06/09/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 06/09/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 06/10/04 | | | 306 | $16,000.00 | Morgan Stanley |
| MA 3 | 06/14/04 | $8,000.00 | Naperville, Il | | | |
| FT | 06/15/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 06/15/04 | $8,000.00 | Naperville, Il | | | |
| FT | 06/16/04 | | | 115 | $16,000.00 | Morgan Stanley |
| FT | 06/22/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 06/22/04 | $8,000.00 | Naperville, Il | | | |
| FT | 06/29/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 06/29/04 | | | 307 | $32,000.00 | Morgan Stanley |

| | | | | | | |
|---|---|---|---|---|---|---|
| MA 3 | 06/29/04 | $8,000.00 | Naperville, Il | | | |
| FT | 07/01/04 | | | 116 | $24,000.00 | Morgan Stanley |
| FT | 07/06/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 07/07/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 07/12/04 | $8,000.00 | Cicero, Il | | | |
| FT | 07/14/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 07/16/04 | $8,000.00 | Cicero, Il | | | |
| FT | 07/20/04 | $8,000.00 | Naperville, Il | | | |
| FT | 07/20/04 | | | 118 | $17,000.00 | Morgan Stanley |
| MA 3 | 07/20/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 07/20/04 | | | 308 | $26,000.00 | Morgan Stanley |
| FT | 07/28/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 07/28/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 08/03/04 | $8,000.00 | Naperville, Il | | | |
| FT | 08/04/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 08/05/04 | | | 309 | $22,000.00 | Morgan Stanley |
| FT | 08/09/04 | | | 120 | $22,000.00 | Morgan Stanley |
| FT | 08/11/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 08/11/04 | $8,000.00 | Naperville, Il | | | |
| FT | 08/17/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 08/17/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 08/20/04 | | | 310 | $15,000.00 | Morgan Stanley |
| FT | 08/24/04 | $8,000.00 | Naperville, Il | | | |
| FT | 08/24/04 | | | 121 | $15,000.00 | Morgan Stanley |
| MA 3 | 08/24/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 08/27/04 | $7,800.00 | Naperville, Il | | | |
| MA 3 | 09/06/04 | | | 311 | $26,000.00 | Morgan Stanley |
| MA 3 | 09/07/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 09/17/04 | $8,000.00 | Cicero, Il | | | |
| MA 3 | 09/25/04 | $8,000.00 | Cicero, Il | | | |
| MA 3 | 09/30/04 | | | 312 | $32,000.00 | Morgan Stanley |
| MA 3 | 09/30/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 09/30/04 | $8,000.00 | Naperville, Il | | | |
| FT | 10/04/04 | | | 125 | $32,000.00 | Morgan Stanley |
| FT | 10/05/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 10/05/04 | $8,000.00 | Naperville, Il | | | |
| FT | 10/12/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 10/12/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 10/14/04 | | | 313 | $16,000.00 | Morgan Stanley |
| MA 3 | 10/16/04 | $8,000.00 | Naperville, Il | | | |
| FT | 10/18/04 | | | 127 | $16,000.00 | Morgan Stanley |
| FT | 10/18/04 | $8,280.00 | Naperville, Il | | | |
| FT | 10/21/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 10/21/04 | $8,000.00 | Cicero, Il | | | |
| FT | 11/02/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 11/02/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 11/08/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 11/08/04 | | | 314 | $31,000.00 | Morgan Stanley |
| FT | 11/09/04 | $8,000.00 | Naperville, Il | | | |
| FT | 11/12/04 | | | 128 | $32,000.00 | Morgan Stanley |
| MA 3 | 11/12/04 | $8,000.00 | Naperville, Il | | | |
| FT | 11/16/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 11/16/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 11/18/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 11/23/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 11/23/04 | | | 315 | $24,000.00 | Morgan Stanley |
| MA 3 | 11/29/04 | $8,000.00 | Naperville, Il | | | |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| MA 3 | 11/30/04 | $8,000.00 | Naperville, Il | | | |
| FT | 12/02/04 | $8,000.00 | Naperville, Il | | | |
| FT | 12/02/04 | $8,000.00 | Naperville, Il | | | |
| FT | 12/08/04 | | | 130 | $24,000.00 | Morgan Stanley |
| FT | 12/08/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 12/08/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 12/08/04 | | | 316 | $30,000.00 | Morgan Stanley |
| FT | 12/14/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 12/15/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 12/21/04 | | | 317 | $10,000.00 | Morgan Stanley |
| FT | 12/23/04 | | | 132 | $15,000.00 | Morgan Stanley |
| MA 3 | 12/27/04 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 12/30/04 | | | 318 | $14,000.00 | Morgan Stanley |
| MA 3 | 12/30/04 | $8,000.00 | Naperville, Il | | | |
| FT | 01/11/05 | $8,000.00 | Naperville, Il | | | |
| FT | 01/11/05 | | | 133 | $8,000.00 | Morgan Stanley |
| MA 3 | 01/11/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 01/11/05 | | | 319 | $8,000.00 | Morgan Stanley |
| FT | 01/19/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 01/19/05 | $8,000.00 | Naperville, Il | | | |
| FT | 01/27/05 | $8,000.00 | Naperville, Il | | | |
| FT | 01/27/05 | | | 135 | $16,000.00 | Morgan Stanley |
| MA 3 | 01/27/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 01/27/05 | | | 321 | $16,000.00 | Morgan Stanley |
| FT | 02/02/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 02/02/05 | $8,000.00 | Naperville, Il | | | |
| FT | 02/09/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 02/11/05 | $8,000.00 | Naperville, Il | | | |
| FT | 02/14/05 | | | 136 | $24,000.00 | Morgan Stanley |
| FT | 02/14/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 02/14/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 02/14/05 | | | 322 | $24,000.00 | Morgan Stanley |
| FT | 02/23/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 02/23/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 03/05/05 | $8,000.00 | Naperville, Il | | | |
| FT | 03/07/05 | $8,000.00 | Naperville, Il | | | |
| FT | 03/10/05 | | | 138 | $16,000.00 | Morgan Stanley |
| MA 3 | 03/10/05 | | | 323 | $16,000.00 | Morgan Stanley |
| FT | 03/14/05 | $8,000.23 | Naperville, Il | | | |
| MA 3 | 03/14/05 | $8,000.00 | Naperville, Il | | | |
| FT | 03/15/05 | | | 139 | $8,000.00 | Morgan Stanley |
| MA 3 | 03/15/05 | | | 324 | $8,000.00 | Morgan Stanley |
| FT | 03/24/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 03/24/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 03/30/05 | $8,000.00 | Naperville, Il | | | |
| FT | 04/07/05 | $8,000.00 | Naperville, Il | | | |
| 2 | 04/07/05 | $8,000.00 | Naperville, Il | | | |
| FT | 04/14/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 04/14/05 | $8,000.00 | Naperville, Il | | | |
| FT | 04/15/05 | | | 140 | $24,000.00 | Morgan Stanley |
| MA 3 | 04/15/05 | | | 325 | $40,000.00 | Morgan Stanley |
| MA 3 | 04/16/05 | $8,000.00 | Naperville, Il | | | |
| FT | 04/22/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 04/22/05 | $8,000.00 | Naperville, Il | | | |
| FT | 04/26/05 | | | 141 | $8,000.00 | Morgan Stanley |
| FT | 04/26/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 04/26/05 | $8,000.00 | Naperville, Il | | | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| MA 3 | 04/26/05 | | | 326 | $8,000.00 | Morgan Stanley |
| FT | 05/04/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 05/04/05 | $8,000.00 | Naperville, Il | | | |
| FT | 05/05/05 | | | 144 | $16,000.00 | Morgan Stanley |
| MA 3 | 05/05/05 | | | 328 | $16,000.00 | Morgan Stanley |
| FT | 05/11/05 | $8,025.00 | Naperville, Il | | | |
| MA 3 | 05/14/05 | $8,000.00 | Naperville, Il | | | |
| FT | 05/18/05 | $8,010.00 | Naperville, Il | | | |
| MA 3 | 05/19/05 | $8,000.00 | Naperville, Il | | | |
| FT | 05/24/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 05/24/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 05/24/05 | | | 329 | $24,000.00 | Morgan Stanley |
| FT | 05/25/05 | | | 145 | $24,000.00 | Morgan Stanley |
| MA 3 | 05/26/05 | $8,000.00 | Naperville, Il | | | |
| FT | 06/01/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 06/01/05 | $8,000.00 | Naperville, Il | | | |
| FT | 06/07/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 06/07/05 | $8,000.00 | Naperville, Il | | | |
| FT | 06/10/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 06/10/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 06/10/05 | $8,000.00 | Naperville, Il | | | |
| FT | 06/15/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 06/15/05 | $8,000.00 | Naperville, Il | | | |
| FT | 06/16/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 06/16/05 | $8,000.00 | Naperville, Il | | | |
| FT | 06/17/05 | | | 146 | $24,000.00 | Morgan Stanley |
| MA 3 | 06/17/05 | | | 330 | $32,000.00 | Morgan Stanley |
| FT | 06/21/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 06/21/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 06/21/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 06/23/05 | | | 331 | $10,000.00 | Smith Barney |
| MA 3 | 06/28/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 06/29/05 | | | 332 | $25,000.00 | Smith Barney |
| MA 3 | 06/29/05 | $8,000.00 | Naperville, Il | | | |
| FT | 07/01/05 | | | 148 | $12,000.00 | Morgan Stanley |
| FT | 07/06/05 | | | 147 | $10,000.00 | Smith Barney |
| FT | 07/08/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 07/08/05 | $8,000.00 | Naperville, Il | | | |
| FT | 07/12/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 07/12/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 07/18/05 | | | 335 | $36,000.00 | Smith Barney |
| FT | 07/19/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 07/19/05 | $8,000.00 | Naperville, Il | | | |
| FT | 07/21/05 | | | 149 | $18,000.00 | Smith Barney |
| FT | 07/26/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 07/26/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 07/28/05 | $8,000.00 | Naperville, Il | | | |
| FT | 08/02/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 08/02/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 08/05/05 | | | 333 | $30,000.00 | Smith Barney |
| FT | 08/08/05 | | | 150 | $25,000.00 | Smith Barney |
| FT | 08/09/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 08/09/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 08/16/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 08/19/05 | | | 334 | $18,000.00 | Smith Barney |
| FT | 08/22/05 | | | 151 | $8,000.00 | Smith Barney |
| MA 3 | 08/25/05 | $8,000.00 | Naperville, Il | | | |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| FT | 09/08/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 09/08/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 09/09/05 | | | 336 | $17,000.00 | Smith Barney |
| FT | 09/12/05 | | | 152 | $8,000.00 | Smith Barney |
| FT | 09/13/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 09/13/05 | $8,000.00 | Naperville, Il | | | |
| FT | 09/20/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 09/20/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 09/22/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 09/27/05 | | | 337 | $24,000.00 | Smith Barney |
| FT | 09/28/05 | | | 153 | $15,000.00 | Smith Barney |
| FT | 09/28/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 09/28/05 | $8,000.00 | Naperville, Il | | | |
| MA 3 | 10/04/05 | $8,000.00 | Naperville, Il | | | |
| FT | 10/11/05 | $8,000.00 | | | | |
| FT | 10/17/05 | $8,000.00 | Naperville, Il | | | |
| FT | 10/25/05 | $8,000.00 | Naperville, Il | | | |
| FT | 10/27/05 | $8,000.00 | Naperville, Il | | | |
| FT | 11/02/05 | | | 154 | $34,000.00 | Citi Bank |
| MA 3 | 11/15/05 | | | 8768 | $18,743.26 | (Usha Patel to close the account.) |
| MA 6 | 11/17/05 | $8,000.00 | Naperville, Il | | | |
| FT | 11/21/05 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 11/22/05 | $8,000.00 | Naperville, Il | 524 | | |
| FT | 11/22/05 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 11/29/05 | $8,000.00 | Naperville, Il | 524 | | |
| MA 6 | 11/29/05 | $20.00 | Naperville, Il | 524 | | |
| MA 6 | 12/06/05 | $8,000.00 | Naperville, Il | 516 | | |
| MA 6 | 12/06/05 | | | 992 | $30,000.00 | Citicrop Bank |
| FT | 12/06/05 | $8,000.00 | Naperville, Il | | | |
| 1 | 12/07/05 | | | 155 | $30,000.00 | Citi Group Bank |
| MA 6 | 12/15/05 | $8,000.00 | Cicero, Il | | | |
| FT | 12/15/05 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 12/22/05 | $8,000.00 | Cicero, Il | | | |
| FT | 12/22/05 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 12/29/05 | $8,000.00 | Cicero, Il | | | |
| FT | 12/30/05 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 01/09/06 | $8,000.00 | Cicero, Il | | | |
| MA 6 | 01/09/06 | | | 993 | $30,000.00 | Smith Barney |
| FT | 01/09/06 | $8,000.00 | Naperville, Il | | | |
| FT | 01/11/06 | | | 156 | $35,000.00 | Smith Barney |
| MA 6 | 01/18/06 | $8,000.00 | Cicero, Il | | | |
| MA 6 | 01/24/06 | $8,000.00 | Cicero, Il | | | |
| MA 6 | 01/28/06 | $8,000.00 | Cicero, Il | | | |
| MA 6 | 01/28/06 | | | 994 | $25,000.00 | Smith Barney |
| FT | 01/28/06 | $8,000.00 | | | | |
| FT | 01/30/06 | | | 157 | $8,000.00 | Smith Barney |
| MA 6 | 02/07/06 | $8,000.00 | Cicero, Il | | | |
| FT | 02/07/06 | $8,000.00 | | | | |
| FT | 02/10/06 | | | 158 | $8,000.00 | Smith Barney |
| MA 6 | 02/14/06 | $8,000.00 | Naperville, Il | | | |
| FT | 02/14/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 02/17/06 | $8,000.00 | Cicero, Il | | | |
| FT | 02/17/06 | $8,000.00 | | | | |

| Type | Date | Amount | Location | No. | Amount | Bank |
|------|------|--------|----------|-----|--------|------|
| MA 6 | 02/18/06 | | | 1001 | $24,000.00 | Smith Barney |
| MA 6 | 02/23/06 | $8,000.00 | Cicero, Il | | | |
| FT | 02/23/06 | $8,000.00 | | | | |
| MA 6 | 02/27/06 | $8,000.00 | Cicero, Il | | | |
| FT | 02/27/06 | | | 159 | $16,000.00 | Smith Barney |
| FT | 03/02/06 | $8,000.00 | | | | |
| MA 6 | 03/09/06 | $8,000.00 | Cicero, Il | | | |
| FT | 03/09/06 | $8,000.00 | | | | |
| MA 6 | 03/10/06 | | | 1002 | $24,000.00 | Smith Barney |
| FT | 03/13/06 | | | 160 | $24,000.00 | Smith Barney |
| 2 | 03/14/06 | $8,000.00 | Naperville, Il | | | |
| FT | 03/14/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 03/21/06 | $8,000.00 | Cicero, Il | | | |
| FT | 03/21/06 | $8,000.00 | | | | |
| MA 6 | 03/23/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 03/23/06 | | | 1003 | $24,000.00 | Smith Barney |
| FT | 03/24/06 | | | 161 | $15,000.00 | Smith Barney |
| MA 6 | 04/03/06 | $8,000.00 | Cicero, Il | | | |
| FT | 04/03/06 | $8,000.00 | | | | |
| MA 6 | 04/11/06 | $8,000.00 | Berwyn, Il | | | |
| FT | 04/11/06 | $8,000.00 | | | | |
| MA 6 | 04/12/06 | | | 1004 | $16,000.00 | Smith Barney |
| FT | 04/14/06 | | | 162 | $17,000.00 | Smith Barney |
| FT | 04/19/06 | $8,000.00 | | | | |
| MA 6 | 04/20/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 04/27/06 | $8,000.00 | Cicero, Il | | | |
| FT | 04/27/06 | $8,000.00 | | | | |
| MA 6 | 05/02/06 | $8,000.00 | Cicero, Il | | | |
| FT | 05/02/06 | $8,000.00 | | | | |
| MA 6 | 05/03/06 | | | 1005 | $24,000.00 | Smith Barney |
| FT | 05/05/06 | | | 163 | $24,000.00 | Smith Barney |
| MA 6 | 05/09/06 | $8,000.00 | Cicero, Il | | | |
| FT | 05/09/06 | $8,000.00 | | | | |
| MA 6 | 05/16/06 | $8,000.00 | Cicero, Il | | | |
| FT | 05/16/06 | $8,000.00 | | | | |
| MA 6 | 05/19/06 | $8,000.00 | Cicero, Il | | | |
| MA 6 | 05/19/06 | | | 1006 | $16,000.00 | Smith Barney |
| FT | 05/22/06 | | | 164 | $16,000.00 | Smith Barney |
| FT | 05/23/06 | $8,000.00 | | | | |
| MA 6 | 05/24/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 05/25/06 | $8,000.00 | Cicero, Il | | | |
| MA 6 | 05/31/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 06/02/06 | | | 1007 | $24,000.00 | Smith Barney |
| FT | 06/05/06 | | | 165 | $8,000.00 | Smith Barney |
| MA 6 | 06/06/06 | | | 1008 | $24,000.00 | Smith Barney |
| MA 6 | 06/07/06 | $8,000.00 | Naperville, Il | | | |
| FT | 06/07/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 06/13/06 | $8,000.00 | Cicero, Il | | | |
| FT | 06/13/06 | $8,000.00 | | | | |

6

| | | | | | | | |
|----|----------|-----------|----------------|------|--------------|--------------|
| FT | 06/19/06 | | | 166 | $16,000.00 | Smith Barney |
| MA 6 | 06/23/06 | $8,000.00 | Naperville, Il | | | |
| FT | 06/23/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 06/27/06 | $8,000.00 | Naperville, Il | | | |
| FT | 06/27/06 | $7,800.00 | Naperville, Il | | | |
| MA 6 | 07/06/06 | $8,000.00 | Naperville, Il | | | |
| FT | 07/06/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 07/07/06 | | | 1009 | $24,000.00 | Smith Barney |
| FT | 07/10/06 | | | 167 | $27,000.00 | Smith Barney |
| MA 6 | 07/13/06 | $8,000.00 | Naperville, Il | | | |
| FT | 07/13/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 07/20/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 07/20/06 | $20.00 | Naperville, Il | | | |
| FT | 07/20/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 07/25/06 | $8,000.00 | Naperville, Il | | | |
| FT | 07/25/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 07/26/06 | | | 1010 | $32,000.00 | Smith Barney |
| FT | 07/28/06 | | | 168 | $30,000.00 | Smith Barney |
| MA 6 | 08/01/06 | $8,000.00 | Naperville, Il | | | |
| FT | 08/03/06 | $8,000.00 | Berwyn, Il | | | |
| FT | 08/07/06 | $8,000.00 | Cicero, Il | | | |
| MA 6 | 08/08/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 08/15/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 08/19/06 | $8,000.00 | Naperville, Il | | | |
| FT | 08/19/06 | $8,000.00 | | | | |
| MA 6 | 08/21/06 | $8,000.00 | Naperville, Il | | | |
| FT | 08/21/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 08/24/06 | $8,000.00 | Naperville, Il | | | |
| FT | 08/24/06 | $8,000.00 | Berwyn, Il | | | |
| MA 6 | 08/25/06 | | | 1011 | $70,000.00 | Smith Barney |
| FT | 08/28/06 | | | 169 | $25,000.00 | Smith Barney |
| MA 6 | 08/30/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 08/30/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 09/05/06 | $8,000.00 | Naperville, Il | | | |
| FT | 09/05/06 | $8,000.00 | | | | |
| MA 6 | 09/12/06 | $8,000.00 | Naperville, Il | | | |
| FT | 09/12/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 09/14/06 | | | 1012 | $28,000.00 | Smith Barney |
| FT | 09/14/06 | $8,000.00 | | | | |
| MA 6 | 09/15/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 09/15/06 | | | 1013 | $15,000.00 | Smith Barney |
| FT | 09/18/06 | | | 171 | $10,000.00 | Smith Barney |
| FT | 09/18/06 | | | 170 | $15,000.00 | Smith Barney |
| MA 6 | 09/19/06 | $8,000.00 | Naperville, Il | | | |
| FT | 09/19/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 09/26/06 | $8,000.00 | Naperville, Il | | | |
| FT | 09/26/06 | $8,000.00 | | | | |
| MA 6 | 09/28/06 | $8,000.00 | Naperville, Il | | | |
| MA 6 | 09/28/06 | | | 1014 | $16,000.00 | Smith Barney |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FT | 09/28/06 | | | 172 | $16,000.00 | | Smith Barney |
| MA 6 | 10/03/06 | $8,000.00 | Naperville, Il | | | | |
| FT | 10/03/06 | $8,000.00 | Naperville, Il | | | | |
| MA 6 | 10/10/06 | $8,000.00 | Naperville, Il | | | | |
| FT | 10/10/06 | $8,000.00 | Naperville, Il | | | | |
| MA 6 | 10/17/06 | $8,000.00 | Naperville, Il | | | | |
| FT | 10/17/06 | $8,000.00 | Naperville, Il | | | | |
| MA 6 | 10/18/06 | | | 1015 | $30,000.00 | | Smith Barney |
| MA 6 | 10/19/06 | $8,000.00 | Naperville, Il | | | | |
| FT | 10/19/06 | | | 173 | $25,000.00 | | Smith Barney |
| MA 6 | 10/24/06 | $8,000.00 | Naperville, Il | | | | |
| MA 6 | 10/24/06 | $8,000.00 | Naperville, Il | | | | |
| FT | 10/24/06 | $8,000.00 | Naperville, Il | | | | |
| MA 6 | 10/26/06 | $8,000.00 | Naperville, Il | | | | |
| MA 6 | 11/02/06 | $8,000.00 | Naperville, Il | | | | |
| FT | 11/02/06 | $8,000.00 | Naperville, Il | | | | |
| MA 6 | 11/03/06 | | | 1016 | $40,000.00 | | Smith Barney |
| FT | 11/06/06 | | | 174 | $16,000.00 | | Smith Barney |
| MA 6 | 11/07/06 | $8,000.00 | Naperville, Il | | | | |
| FT | 11/07/06 | $8,000.00 | Naperville, Il | | | | |
| MA 6 | 11/14/06 | $8,000.00 | Naperville, Il | | | | |
| FT | 11/14/06 | $8,000.00 | Naperville, Il | | | | |
| MA 6 | 11/16/06 | | | 1017 | $16,000.00 | | Smith Barney |
| MA 6 | 11/20/06 | $8,000.00 | Naperville, Il | | | | |
| FT | 11/20/06 | $8,000.00 | Naperville, Il | | | | |
| FT | 11/20/06 | | | 175 | $16,000.00 | | Smith Barney |
| MA 6 | 11/24/06 | $8,000.00 | Naperville, Il | | | | |
| FT | 11/30/06 | | | 1659 | $14,396.89 | | Fifth Thrid Bank |
| FT | 11/30/06 | $3,000.00 | Woodbridge, Il | | | | |
| MA 6 | 12/01/06 | $8,000.00 | Naperville, Il | | | | |
| MA 6 | 12/05/06 | $8,000.00 | Cicero, Il | | | | |
| FT | 12/05/06 | $8,000.00 | Berwyn, Il | | | | |
| MA 6 | 12/07/06 | | | 1018 | $32,000.00 | | Smith Barney |
| FT | 12/08/06 | | | 176 | $19,000.00 | | Smith Barney |
| FT | 12/12/06 | $8,000.00 | Naperville, Il | | | | |
| MA 6 | 12/13/06 | $8,000.00 | | | | | |
| MA 6 | 12/16/06 | $8,000.00 | | | | | |
| FT | 12/19/06 | $8,000.00 | Naperville, Il | | | | |
| MA 6 | 12/22/06 | $8,000.00 | | | | | |
| MA 6 | 12/28/06 | $8,000.00 | | | | | |
| FT | 12/28/06 | $8,000.00 | Cicero, Il | | | | |
| MA 6 | 01/05/07 | $8,000.00 | | | | | |
| FT | 01/09/07 | $8,000.00 | Naperville, Il | | | | |
| MA 6 | 01/09/07 | $8,000.00 | | | | | |
| FT | 01/12/07 | | | 177 | $32,000.00 | | Smith Barney |
| MA 6 | 01/12/07 | | | 1019 | $50,000.00 | | Smith Barney |
| MA 6 | 01/13/07 | $8,000.00 | | | | | |
| FT | 01/16/07 | $8,000.00 | Naperville, Il | | | | |

| | | | | | | |
|------|----------|------------|----------------|------|-------------|--------------|
| MA 6 | 01/16/07 | $8,000.00  |                |      |             |              |
| FT   | 01/29/07 |            |                | 178  | $8,000.00   | Smith Barney |
| MA 6 | 01/29/07 |            |                | 1021 | $16,000.00  | Smith Barney |
| FT   | 01/30/07 | $8,000.00  | Naperville, Il |      |             |              |
| MA 6 | 01/30/07 | $8,000.00  |                |      |             |              |
| MA 6 | 02/03/07 | $8,000.00  |                |      |             |              |
| FT   | 02/08/07 | $8,000.00  | Naperville, Il |      |             |              |
| MA 6 | 02/08/07 | $8,000.00  |                |      |             |              |
| FT   | 02/15/07 | $8,000.00  | Naperville, Il |      |             |              |
| MA 6 | 02/15/07 | $8,000.00  |                |      |             |              |
| FT   | 02/20/07 | $8,000.00  | Naperville, Il |      |             |              |
| FT   | 02/20/07 |            |                | 179  | $25,000.00  | Smith Barney |
| MA 6 | 02/20/07 | $8,000.00  |                |      |             |              |
| MA 6 | 02/20/07 |            |                | 1022 | $22,000.00  | Smith Barney |
| FT   | 02/27/07 | $8,000.00  | Naperville, Il |      |             |              |
| MA 6 | 02/27/07 | $8,000.00  |                |      |             |              |
| FT   | 03/08/07 | $8,000.00  | Naperville, Il |      |             |              |
| FT   | 03/13/07 | $8,000.00  | Naperville, Il |      |             |              |
| FT   | 03/19/07 |            |                | 180  | $34,000.00  | Smith Barney |
| FT   | 03/20/07 | $8,000.00  | Naperville, Il |      |             |              |
| FT   | 03/27/07 | $8,000.00  | Naperville, Il |      |             |              |
| FT   | 04/02/07 |            |                | 181  | $16,000.00  | Smith Barney |
| FT   | 04/05/07 | $8,000.00  | Naperville, Il |      |             |              |
| FT   | 04/17/07 | $8,000.00  | Naperville, Il |      |             |              |
| FT   | 04/23/07 |            |                | 182  | $28,000.00  | Smith Barney |
| FT   | 04/26/07 | $8,000.00  | Naperville, Il |      |             |              |
| FT   | 05/03/07 | $8,000.00  | Naperville, Il |      |             |              |
| FT   | 05/08/07 | $8,000.00  | Naperville, Il |      |             |              |
| FT   | 05/10/07 | $8,000.00  | Naperville, Il |      |             |              |
| FT   | 05/15/07 | $8,000.00  | Naperville, Il |      |             |              |
| FT   | 05/15/07 |            |                | 183  | $33,000.00  | Smith Barney |
| FT   | 05/18/07 | $8,000.00  | Naperville, Il |      |             |              |
| FT   | 05/22/07 | $8,000.00  | Naperville, Il |      |             |              |
| FT   | 05/24/07 | $8,000.00  | Naperville, Il |      |             |              |
| FT   | 05/29/07 |            |                | 184  | $32,000.00  | Smith Barney |
| FT   | 06/06/07 | $8,000.00  | Naperville, Il |      |             |              |
| FT   | 06/11/07 |            |                | 185  | $8,000.00   | Smith Barney |
| FT   | 06/12/07 | $8,000.00  | Naperville, Il |      |             |              |

Total Deposits:     $2,636,955.23
Total Transfers:    $2,601,000.00

9