| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

# AFFIDAVIT

I, Jeffrey A. Markvart, having first been duly sworn, upon oath, deposes and states as follows:

1. I have been an Investigator for the Cook County States Attorney Investigations Bureau since July of 1991. Since January 2004, I have been detailed as a Task Force Agent to the Internal Revenue Service HIDTA, Criminal Investigation Division, United States Department of Treasury, "IRS-CID". In April of 2004, I was deputized by the U.S. Marshals Service.

2. As a Task Force Agent, I have participated in the investigation and prosecution of violations of the Bank Secrecy Act (Title 31, United States Code), the Money Laundering Control Act (Title 18, United States Code), and other related federal offenses. I have also received advanced training and seminars in financial investigations including money laundering and structuring.

3. I have read the complaint in this matter and the facts alleged are true and correct to the best of my knowledge and belief based upon my own personal knowledge as well as information I have received from other agents, persons and documents, and it does not include each and every fact known to me concerning this investigation but is submitted for the limited purpose of establishing a basis to believe the property identified is subject to forfeiture.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

TFO *[signature]* #324
Jeffrey A. Markvart
Task Force Officer
HIDTA/Internal Revenue Service

SUBSCRIBED and SWORN to before me this  9  day of January 2008.

*[signature]*
NOTARY PUBLIC

OFFICIAL SEAL
BARBARA ROBERTSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/26/11

1