UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | No. 08 C 237 |
| ) | Hon. John Darrah |
| FUNDS IN THE AMOUNT OF ) | |
| $101,999.78. *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

To:  Madeleine Murphy, Esq.
ASSISTANT UNITED STATES ATTORNEY
219 South Dearborn Street
15th Floor
Chicago, Illinois 60603

    Barry A. Spevack, an attorney, states that he caused copies of the Claims of Pur Motel, Karavan Motel, Ushaben Patel and Pravinchandra Patel to be hand delivered to the above person at the above address on February 7, 2008 before 5:00 p.m.

                                                                                                                    /s/ Barry A. Spevack
                                                                                                                    Barry A. Spevack

Barry A. Spevack
MONICO, PAVICH & SPEVACK
20 South Clark Street
Suite 700
Chicago, Illinois 60603
312-782-8500