UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
FEB 07 2008
2-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | No. 08 C 237 |
| ) | Hon. John Darrah |
| FUNDS IN THE AMOUNT OF ) | |
| $101,999.78. *et al.*, ) | |
| ) | |
| Defendants. ) | |

## VERIFIED CLAIM

1. Claimant, Pravinchandra Patel, herein claims an interest in the seized property described above, specifically FUNDS IN THE AMOUNT OF $101,999.78 SEIZED FROM THE SMITH BARNEY ACCOUNT and the FUNDS IN THE AMOUNT OF $140,430.22 SEIZED FROM THE SMITH BARNEY ACCOUNT, as set forth in the Verified Complaint for Forfeiture.

2. Pravinchandra Patel states that he is the owner of the funds seized. The funds were taken from bank account(s) owned by the Claimant and were legitimate receipts from motels owned and managed by the Claimant and belonging to the Claimant.

3. Pravinchandra Patel attests under penalty of perjury that his claim to the property is not frivolous and that information provided in support of his claim is true and correct to the best of his knowledge and belief.

Name: _____  Date: _2-4-08_
Pravinchandra Patel

Subscribed and Sworn
Before me this 4th day
of February, 2008.

_____
Notary Public

OFFICIAL SEAL
SUSAN M HANSEN
Notary Public - State of Illinois
My Commission Expires Sep 21, 2008

Barry A. Spevack
MONICO, PAVICH & SPEVACK
20 s. Clark Street
Suite 700
Chicago, Illinois 60603
312-782-8500