UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | No. 08 C 237 |
| ) | Hon. John Darrah |
| FUNDS IN THE AMOUNT OF ) | |
| $101,999.78. *et al.*, ) | |
| ) | |
| Defendants. ) | |

## VERIFIED CLAIM

1. Claimant, Pur Motel d/b/a Karavan Motel, herein claims an interest in the seized property described above, specifically FUNDS IN THE AMOUNT OF $101,999.78 SEIZED FROM THE SMITH BARNEY ACCOUNT and the FUNDS IN THE AMOUNT OF $140,430.22 SEIZED FROM THE SMITH BARNEY ACCOUNT, as set forth in the Verified Complaint for Forfeiture.

2. Pur Motel d/b/a Karavan Motel states that it is the owner of the funds seized. The funds were taken from bank account(s) owned by the Claimant and were legitimate receipts from the motel and belonging to the Claimant.

3. Pravinchandra and Ushaben Patel are the sole shareholders, officers, directors and owners of the Claimant Pur Motel d/b/a Karavan Motel. They attest under penalty of perjury that they are authorized to make this claim to the property on behalf of the claimant and that it is not frivolous and that the information provided in support of the claim is true and correct to the

best of their knowledge and belief.

Name: _____ Date: 2-4-08
Pravinchandra Patel

Subscribed and Sworn
Before me this 4th day
of February, 2008.

_____
Notary Public

> OFFICIAL SEAL
> SUSAN M HANSEN
> Notary Public - State of Illinois
> My Commission Expires Sep 21, 2008

Name: Ushaben P. Patel _____ Date: 2-4-08
Ushaben Patel

Subscribed and Sworn
Before me this 4th day
of February, 2008.

_____
Notary Public

> OFFICIAL SEAL
> SUSAN M HANSEN
> Notary Public - State of Illinois
> My Commission Expires Sep 21, 2008

Barry A. Spevack
MONICO, PAVICH & SPEVACK
20 s. Clark Street
Suite 700
Chicago, Illinois 60603
312-782-8500

**RECEIVED**

FEB 07 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT