

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | No. 08 C 237 |
| ) | Hon. John Darrah |
| FUNDS IN THE AMOUNT OF ) | |
| $101,999.78. et al., ) | |
| ) | |
| Defendants. ) | |

## VERIFIED CLAIM

1. Claimant, Ushaben Patel, herein claims an interest in the seized property described above, specifically FUNDS IN THE AMOUNT OF $101,999.78 SEIZED FROM THE SMITH BARNEY ACCOUNT and the FUNDS IN THE AMOUNT OF $140,430.22 SEIZED FROM THE SMITH BARNEY ACCOUNT, as set forth in the Verified Complaint for Forfeiture.

2. Ushaben Patel states that she is the owner of the funds seized. The funds were taken from bank account(s) owned by the Claimant and were legitimate receipts from motels owned and managed by the Claimant and belonging to the Claimant.

3. Ushaben Patel attests under penalty of perjury that her claim to the property is not frivolous and that information provided in support of her claim is true and correct to the best of her knowledge and belief.

Name: _Usha. P. Patel_  Date: _2-4-08_
    Ushaben Patel

Subscribed and Sworn
Before me this 4th day
of February, 2008.

_Susan M Hansen_
Notary Public

OFFICIAL SEAL
SUSAN M HANSEN
Notary Public - State of Illinois
My Commission Expires Sep 21, 2008

Barry A. Spevack
MONICO, PAVICH & SPEVACK
20 s. Clark Street
Suite 700
Chicago, Illinois 60603
312-782-8500