**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>               Plaintiff,    )<br>               -v-           )<br>FUNDS IN THE AMOUNT OF    )<br>$101,999.78. *et al.*,         )<br>              Defendants.  ) | No. 08 C 237<br>Hon. John Darrah |

## **VERIFIED CLAIM**

1. Claimant, Parusha Motel d/b/a Hillside Manor Motel, herein claims an interest in the seized property described above, specifically FUNDS IN THE AMOUNT OF $101,999.78 SEIZED FROM THE SMITH BARNEY ACCOUNT and the FUNDS IN THE AMOUNT OF $140,430.22 SEIZED FROM THE SMITH BARNEY ACCOUNT, as set forth in the Verified Complaint for Forfeiture.

2. Parusha Motel d/b/a Hillside Manor Motel states that it is the owner of the funds seized. The funds were taken from bank account(s) owned by the Claimant and were legitimate receipts from the motel and belonging to the Claimant.

3. Pravinchandra and Ushaben Patel are the sole shareholders, officers, directors and owners of the Claimant Parusha Motel d/b/a Hillside Manor Motel. They attest under penalty of perjury that they are authorized to make this claim to the property on behalf of the claimant and that it is not

frivolous and that the information provided in support of the claim is true and correct to the best of their knowledge and belief.

Name: _____  Date: 2/17/08
     Pravinchandra Patel

Subscribed and Sworn
Before me this 17th day
of February, 2008.

_____
Notary Public

"OFFICIAL SEAL"
MIRMASHOOD ALI YADULLAHI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-14-2010

Name: Usha. P. Patel  Date: 02/16/08
     Ushaben Patel

Subscribed and Sworn
Before me this 16 day
of February, 2008.

_____
Notary Public

"OFFICIAL SEAL"
CLAUDIA ALEHAN
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 11/08/2008

Barry A. Spevack
MONICO, PAVICH & SPEVACK
20 s. Clark Street
Suite 700