**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -v- | ) No. 08 C 237 ) Hon. John Darrah |
| FUNDS IN THE AMOUNT OF $101,999.78. *et al.*, | ) ) ) |
| Defendants. | ) |

**NOTICE OF FILING & CERTIFICATE OF SERVICE**

To: Madeleine Murphy, Esq.
ASSISTANT UNITED STATES ATTORNEY
219 South Dearborn Street
15th Floor
Chicago, Illinois 60603

    Barry A. Spevack, an attorney, states that on February 19, 2008 he caused the Claim of Parusha Motel d/b/a Hillside Motel to be filed on the Court's electronic filing system and served on the above party through electronic service.

                                                            /s/ Barry A. Spevack
                                                            Barry A. Spevack

Barry A. Spevack
MONICO, PAVICH & SPEVACK
20 South Clark Street
Suite 700
Chicago, Illinois 60603
312-782-8500