UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>FUNDS IN THE AMOUNT OF )<br>$101,999.78 SEIZED FROM SMITH BARNEY )<br>ACCOUNT NUMBER xxx-xxxxx-x-2-121; and )<br>)<br>FUNDS IN THE AMOUNT OF )<br>$140,430.22 SEIZED FROM SMITH BARNEY )<br>ACCOUNT NUMBER xxx-xxxxx-x-3-121, )<br>)<br>Defendants. ) | No. 08 C 237<br>Honorable John Darrah |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   Madeleine Murphy, Esq.
      ASSISTANT UNITED STATES ATTORNEY
      219 South Dearborn Street
      15th Floor
      Chicago, Illinois 60603

   Barry A. Spevack, an attorney, states that on February 27, 2008 he caused the Claimants Answer to Complaint for Forfeiture to be filed on the Court s electronic filing system and served on the above party through electronic service.


                                                    /s/ Barry A. Spevack
                                                   Barry A. Spevack

Barry A. Spevack
MONICO, PAVICH & SPEVACK
20 South Clark Street
Suite 700
Chicago, Illinois 60603
312-782-8500