MAR 1 2 2008

*FILED*
MAR 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 08 C 237 |

| DEFENDANT FUNDS IN THE AMOUNT OF $140,430.22 SEIZED FROM SMITH BARNEY ACCOUNT xxx-xxxxx-x-3-121, et. al. | TYPE OF PROCESS VERIFIED COMPLAINT FOR FORFEITURE/NOTICE OF FORFEITURE |
|---|---|

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
IRS

Address (Street or RFD / Apt. # / City, State, and Zip Code)
230 SOUTH DEARBORN, ROOM 1420, CHICAGO, ILLINOIS 60604

Send NOTICE OF SERVICE copy to Requester:
PATRICK J. FITZGERALD, UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
219 SOUTH DEARBORN STREET, 5TH FLOOR,
CHICAGO, ILLINOIS 60604
ATTN: BARBARA ROBERTSON

| Number Of Process To Be Served In This Case. | |
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

**PLEASE PUBLISH IN A NEWSPAPER OF GENERAL CIRCULATION FOR THREE CONSECUTIVE WEEKS.**

| Signature of Attorney or other Originator requesting service on behalf of MARSHA MCCLELLAN, AUSA | [X] Plaintiff [ ] Defendant | Telephone No. (312) 353-5300 | Date 1/16/08 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: Linda Vitei | Date JAN 2 8 2008 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service JAN 2 8 2008 | Time of Service [ ] AM [ ] PM |

Signature, Title and Treasury Agency
Linda Vitei - AFC-IRS

REMARKS:

TD F 90-22.48 (6/96)

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.*



CERTIFICATE OF PUBLICATION

Chicago Tribune Company hereby certifies that it is the publisher of the Chicago Tribune; that the Chicago Tribune is an English language newspaper of general circulation, published daily in the City of Chicago, County of Cook and State of Illinois; that the Chicago Tribune has been so published continuously for more than one year prior to the date of first publication mentioned below and is further a newspaper as defined in Ill. Rev. Stat. Ch. 100, SS 5 & 10; that the undersigned is the duly authorized agent of the Chicago Tribune Company to execute this certificate on its behalf; and that a notice of which the annexed is a true copy was printed and published in said newspaper (3) times(s) and on the following dates:

**Starting 01/28/08 and Ending 02/11/08**

the first publication being on the earliest of said dates and the last publication being on the latest of said dates.

Executed at Chicago, Illinois this 11TH day of February, 2008.

CHICAGO TRIBUNE COMPANY

By _____

Chicago Tribune - chicagotribune.com
435 North Michagan Avenue, Room 1015 - Chicago, Illinois 60611
(312) 222-3232 · Fax: (312) 222-4014

947697

NOTICE OF
FORFEITURE ACTION

On January 10, 2008, the United States Attorney for the Northern District of Illinois filed a Verified Complaint for Forfeiture against Funds in the Amount of $101,999.78 seized from Smith Barney, et. al., pursuant to Title 18, United States Code, Section 983 and an Arrest Warrant in Rem was issued by the Clerk of the Court.

Pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty and Maritime Claims for Forfeiture Actions, direct notice of this action was sent to Pravinchandra Patel, Ushaben Patel, Parusha Motel d/b/a Hillside Manor Motel, Pur Motel d/b/a/ Karavan Motel and attorney Barry Spavack on January 15, 2008.

Any person who asserts an interest in the defendant property may contest the forfeiture by filing a claim in the United States District Court, Northern District of Illinois, at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604 under case U.S. v. Funds in the Amount of $101,999.78 seized from Smith Barney, et. al., 08 C 237, (ND of Il.) by February 19, 2008 in accordance with Rule G(5) of the Supplemental Rules for Admiralty and Maritime Claims for Forfeiture. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

Claims and Answers are to be filed with the Clerk, United States District Court for the Northern District of Illinois, at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604 with a copy thereof sent to Assistant United States Attorney Madeleine Murphy at 219 South Dearborn Street, Room 500, Chicago, Illinois 60604. Please check www.forfeiture.gov for a listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.

DATED: January 15, 2008