KC FILED
MAR 1 2 2008
MAR 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>08 C 237 |
| DEFENDANT  FUNDS IN THE AMOUNT OF $101,999.78 SEIZED FROM SMITH BARNEY ACCOUNT xxx-xxxxx-x-2-121, et. al. | TYPE OF PROCESS VERIFIED COMPLAINT FOR FORFEITURE/NOTICE OF FORFEITURE |

| | |
|---|---|
| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>FUNDS IN THE AMOUNT OF $101,999.78 SEIZED FROM SMITH BARNEY ACCOUNT xxx-xxxxx-x-2-121, c/o |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>IRS, 230 SOUTH DEARBORN, ROOM 1420, CHICAGO, ILLINOIS 60604 |

| | |
|---|---|
| Send NOTICE OF SERVICE copy to Requester:<br>PATRICK J. FITZGERALD, UNITED STATES ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>219 SOUTH DEARBORN STREET, 5TH FLOOR,<br>CHICAGO, ILLINOIS 60604<br>ATTN: BARBARA ROBERTSON | Number Of Process To Be Served In This Case.<br><br>Number Of Parties To Be Served In This Case.<br><br>Check Box If Service Is On USA |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

**PERSONAL SERVICE IS REQUIRED.**

| Signature of Attorney or other Originator requesting service on behalf of<br>MARSHA MCCLELLAN, AUSA | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(312) 353-5300 | Date<br>1/16/08 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date<br>JAN 2 9 2008 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>JAN 2 9 2008 | Time of Service | [ ] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency<br>Brenda Vhai - AFC-IR | | |

REMARKS:

TD F 90-22.48 (6/96)

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.*