# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

United States of America

                Plaintiff,

v.

                Case No.: 1:08−cv−00237

                Honorable John W. Darrah

Funds in the Amount of $101,999.78 Seized From Smith Barney Account Number xxx−xxxxx−x−2−121, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2008:

    MINUTE entry before Judge Honorable John W. Darrah: Status hearing held and continued to 3/26/08 at 9:00 a.m. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.