**FILED**
KC
MAR 1 2 2008
MAR 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Department of the Treasury
*Federal Law Enforcement Agencies*

### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>08 C 237 |
|---|---|
| DEFENDANT FUNDS IN THE AMOUNT OF $140,430.22 SEIZED FROM SMITH BARNEY ACCOUNT xxx-xxxxx-x-3-121, et. al. | TYPE OF PROCESS VERIFIED COMPLAINT FOR FORFEITURE/NOTICE OF FORFEITURE |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
**FUNDS IN THE AMOUNT OF $101,999.78 SEIZED FROM SMITH BARNEY ACCOUNT xxx-xxxxx-x-3-121, c/o**

Address (Street or RFD / Apt. # / City, State, and Zip Code)
IRS, 230 SOUTH DEARBORN, ROOM 1420, CHICAGO, ILLINOIS 60604

Send NOTICE OF SERVICE copy to Requester:
PATRICK J. FITZGERALD, UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
219 SOUTH DEARBORN STREET, 5TH FLOOR,
CHICAGO, ILLINOIS 60604
ATTN: BARBARA ROBERTSON

Number Of Process To Be Served In This Case.
Number Of Parties To Be Served In This Case.
Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability Times.)

**PERSONAL SERVICE IS REQUIRED.**

Signature of Attorney or other Originator requesting service on behalf of
MARSHA MCCLELLAN, AUSA
[X] Plaintiff [ ] Defendant
Telephone No. (312) 353-5300
Date 1/16/08

SIGNATURE OF PERSON ACCEPTING PROCESS:
Date

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the Total # of Process Indicated.
District of Origin No.
District to Serve No.
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER:
JAN 2 9 2008

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:
[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)
Date of Service JAN 2 9 2008
Time of Service [ ] AM [ ] PM

Signature, Title and Treasury Agency
AFC-IR

REMARKS:

TD F 90-22.48 (6/96)

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.*