UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | No. 08 C 237 |
| | ) | Hon. John Darrah |
| FUNDS IN THE AMOUNT OF $101,999.78 | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:  Madeleine Murphy, Esq.
 ASSISTANT UNITED STATES ATTORNEY
 219 South Dearborn Street
 15th Floor
 Chicago, Illinois 60603

 PLEASE TAKE NOTICE that on April 15, 2007, at 9:00 a.m., we will appear before the Honorable John Darrah and then and there present the Claimants Motion for Judgment on the Pleadings, a copy of which is hereby served upon you.

  /s/ Barry A. Spevack
 Barry A. Spevack

 Barry A. Spevack, an attorney, states that he caused the instant Notice of Motion and attached Motion for Judgment on the Pleadings to be served upon the above party by the Court s electronic filing system.

  /s/ Barry A. Spevack
 Barry A. Spevack

MONICO, PAVICH & SPEVACK
20 South Clark Street
Suite 700
Chicago, Illinois 60603
312-782-8500

Case 1:08-cv-00237   Document 22   Filed 04/09/2008   Page 2 of 2