## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 237 | **DATE** | 4/15/2008 |
| **CASE TITLE** | USA vs. Funds in the Amount of $101,999.78 seized from Smith Barney Acct # xxx 2-121 | | |

**DOCKET ENTRY TEXT**

Defendant's motion for judgment on the pleadings is entered and continued to 4/22/08 at 9:00 a.m. [21]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|