IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 08 C 0237 |
| v. | ) | Judge John Darrah |
| | ) | |
| FUNDS IN THE AMOUNT | ) | |
| OF $101,999.78, et. al. | ) | |
| | ) | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE
ITS RESPONSE TO CLAIMANTS'
MOTION FOR JUDGMENT ON THE PLEADINGS, *INSTANTER***

Now comes the UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and moves for leave to file its response *instanter*. In support of its motion, the government states as follows:

1.    The government's response was due on May 22, 2008.

2.    Government counsel overlooked the due date due to a docketing error on her part.

3.    The government apologizes to the court and to the claimants for any inconvenience that the delay may have caused.

WHEREFORE, the government respectfully requests that this Court grant

it leave to file its response to the claimants' motion *instanter*.

Respectfully Submitted,

PATRICK J. FITZGERALD
United States Attorney

BY:    /s/ Madeleine S. Murphy
MADELEINE S. MURPHY
Assistant U.S. Attorney
219 S. Dearborn, 4th Floor
Chicago, IL 60604
(312) 886-2070

<u>CERTIFICATE OF SERVICE</u>

The undersigned Assistant United States Attorney hereby certifies that in accordance with Federal Rules of Criminal Procedure 49 and 5, and Local Rule 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing document:

**GOVERNMENT'S MOTION FOR LEAVE TO FILE
ITS RESPONSE TO CLAIMANTS'
MOTION FOR JUDGMENT ON THE PLEADINGS, <u>*INSTANTER*</u>**

was, on June 11, 2008 served pursuant to the district court's ECF system as to ECF filers.

   s/ Madeleine S. Murphy
MADELEINE S. MURPHY
Assistant  United  States  Attorney