# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 cv 0237 | **DATE** | June 12, 2008 |
| **CASE TITLED** | United States of America v. Funds | | |

**DOCKET ENTRY TEXT:**

The Government's motion for leave to file its response to Claimants' motion for judgment on the pleadings, *instanter* [26] is granted. A reply may be filed by June 26, 2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|