UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | No. 08 C 237 |
| ) | Hon. John Darrah |
| FUNDS IN THE AMOUNT OF $101,999.78 ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:   Madeleine Murphy, Esq.
      ASSISTANT UNITED STATES ATTORNEY
      219 South Dearborn Street
      15th Floor
      Chicago, Illinois 60603

      Barry A. Spevack, an attorney, states that on June 26, 2008 he caused the Claimants Reply Memorandum in Support for Judgment on the Pleadings to be filed on the Court s electronic filing system and served on the above party through electronic service.


                                                    /s/ Barry A. Spevack
                                                    Barry A. Spevack


Barry A. Spevack
MONICO, PAVICH & SPEVACK
20 South Clark Street
Suite 700
Chicago, Illinois 60603
312-782-8500