## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08cv237 | **DATE** | July 2, 2008 |
| **CASE TITLE** | USA v. Funds | | |

**DOCKET ENTRY TEXT:**

The status hearing set for July 10, 2008 at 9:00 a.m. is re-set for September 11, 2008 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|